```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-46371 MEH** |
| **ANIBAL GIFFONI and PAULA TAVARES GIFFONI,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

The Chapter 13 Trustee shall not disburse any funds to Bank of America's claim, claim #12-1, for the pre-petition mortgage arrears for six (6) months from the date that this motion is filed, as the Debtors are in the process of obtaining a loan modification and are currently making trial payments. If the loan modification is not completed, Debtors will file a motion to surrender the property.

The modification is sought on the following grounds:
Debtors are currently in the process of obtaining a loan modification on

the loan held by Bank of America for the real property located at 4844 Belford Peak Way, Antioch, CA 94531. Debtors began making their first of three trial payments towards the loan modification in September 2013. The loan modification will include the pre-petition mortgage arrears.

Dated: September 13, 2013

                                          /s/ Anne Y. Shiau
                                          ANNE Y. SHIAU
                                          Attorney for Debtors