**The following constitutes
the order of the court. Signed November 5, 2013**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          Case No. 10-46371 MEH
                                               Chapter 13

ANIBAL GIFFONI and
PAULA TAVARES GIFFONI,

                         Debtors./
_____

ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT

        Upon consideration of debtors' ex-parte motion to allow loan

modification and the chapter 13 trustee's statement of non-

opposition, the court hereby authorizes the debtors to discuss and

enter into a loan modification with creditor, Bank of America, N.A.,

provided however, that this order shall not be construed as

approving any of the terms of said loan modification.

                         **END OF ORDER**

ORDER AUTHORIZING LOAN MODIFICATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

1                              COURT SERVICE LIST

2

3    ECF Participants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AUTHORIZING LOAN MODIFICATION        2