PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
Attorney for Bank of America, N.A.
B.500-18187.NF

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re                                              Bk. No. 10-46371

ANIBAL GIFFONI AND PAULA TAVARES GIFFONI,          Chapter 13

       Debtors.                    NOTICE OF APPEARANCE

_____/

Bank of America, N.A., its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Bank of America, N.A. The undersigned hereby requests that any pleadings and documents that Bank of America, N.A. is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: January 7, 2014         By */s/ Dean R. Prober*
                                         Dean R. Prober, Esquire #106207

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Kymberli Milan certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On January 16, 2014, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Anibal Giffoni
Paula Tavares Giffoni
4844 Belford Way
Antioch, CA 94531
Debtors

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza, #480
Oakland, CA 94612-3610
Attorney for Debtors

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2014, at Woodland Hills, California.

/s/Kymberli Milan*